DAVID G. SPIVAK (SBN 179684)
    david@spivaklaw.com
STEPHANIE GREENBERG (SBN 324335)
    stephanie@spivaklaw.com
THE SPIVAK LAW FIRM
16530 Ventura Blvd., Ste. 203
Encino, CA 91436
Telephone (818) 582-3086
Facsimile  (818) 582-2561

Attorneys for Plaintiff,
DEVIER AVERY, and all others similarly situated
(Additional Counsel on Following Page)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| DEVIER AVERY, on behalf of himself, and all others similarly situated,<br><br>*Plaintiff(s)*,<br><br>vs.<br><br>AKIMA, LLC, an Alaska limited liability company; AKIMA SUPPORT OPERATIONS, LLC, an Alaska limited liability corporation; and DOES 1 through 50, inclusive,<br><br>*Defendant(s).* | Case No.: 2:19-cv-00924-KJM-AC<br><br>**ORDER ON STIPULATION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>[Fed. R. Civ. Proc. Rule 15(a)(2), Local Rule 15-1]<br><br>Hon. Kimberly J. Mueller<br>U.S. District Court Judge<br>Courtroom 3 |



Employee Rights Attorneys
16530 Ventura Bl. Ste 203
Encino CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

## **ATTORNEYS FOR DEFENDANT**

HEATHER D. HEARNE (SBN 254496)
    hdh@kullmanlaw.com
THE KULLMAN FIRM
A Professional Law Corporation
4605 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809
Telephone: (225) 906-4245
Facsimile: (225) 906-4230

Attorney for Defendants
AKIMA, LLC and AKIMA SUPPORT OPERATIONS, LLC

## **ADDITIONAL ATTORNEY FOR PLAINTIFF**

Walter Haines (SBN 71075)
    whaines@uelglaw.com
UNITED EMPLOYEES LAW GROUP
5500 Bolsa Ave., Suite 201
Huntington Beach, CA 92649
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

Pursuant to the stipulation of the parties and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff is granted leave to file the First Amended Complaint ("1AC") pursuant to the stipulation between Plaintiff and Defendants.

2. Pursuant to Local Rule 15-1, Plaintiff shall promptly file the 1AC in this Court's CM/ECF system.

3. This stipulation will not prevent Defendants from responding to the 1AC by answer, motion to dismiss, motion to strike, or other responsive pleading.

4. Defendants' responsive pleading to the 1AC shall be due within twenty-eight days after the filing of the 1AC on the Court's CM/ECF system.

5. The fact that Defendants have stipulated to the foregoing is not intended to be, and should not be construed as, an admission by Defendants that they accept, concede, or admit the allegations asserted in the 1AC. Despite this stipulation, Defendants retain all rights and defenses available to it in response to the allegations, claims and matters asserted in the 1AC.

IT IS SO ORDERED.

DATED: July 29, 2019.

_____
UNITED STATES DISTRICT JUDGE

SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Bl. Ste 203
Encino CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com