DAVID G. SPIVAK (SBN 179684)
    david@spivaklaw.com
STEPHANIE GREENBERG (SBN 324335)
    stephanie@spivaklaw.com
THE SPIVAK LAW FIRM
16530 Ventura Blvd., Ste 203
Encino, CA 91436
Telephone (818) 582-3086
Facsimile (818) 582-2561

Attorney for Plaintiff,
DEVIER AVERY, and all others similarly situated

(additional attorneys listed on next page)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| DEVIER AVERY, on behalf of himself, and all others similarly situated, | Case No.: 2:19-cv-00924-KJM-AC |
| *Plaintiff(s)*, | **DISCOVERY MATTER** |
| vs. | **[PROPOSED] ORDER GRANTING STIPULATION RE DISCOVERY OF PUTATIVE CLASS MEMBER IDENTITIES AND CONTACT INFORMATION** |
| AKIMA, LLC, an Alaska limited liability company; AKIMA SUPPORT OPERATIONS, LLC, an Alaska limited liability corporation; and DOES 1 through 50, inclusive, | Hon. Allison Claire<br>U.S. Magistrate Judge<br>Courtroom 26 |
| *Defendant(s).* | |



SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Ste 203
Encino, CA 91436
(818) 582-3086Tel
(818) 582-2561 Fax
SpivakLaw.com

1

*Avery v. Akima Support Operations, LLC, et al.*    Order Re Discovery of Putative Class Member Identities and Contact Information

## ATTORNEY FOR DEFENDANT

HEATHER D. HEARNE (SBN 254496)
    hdh@kullmanlaw.com
THE KULLMAN FIRM
A Professional Law Corporation
4605 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809
Telephone: (225) 906-4245
Facsimile: (225) 906-4230

Attorney for Defendant,
AKIMA SUPPORT OPERATIONS, LLC

## ADDITIONAL ATTORNEY FOR PLAINTIFF

WALTER HAINES (SBN 71075)
    walter@uelglaw.com
UNITED EMPLOYEES LAW GROUP
5500 Bolsa Ave., Suite 201
Huntington Beach, CA 92649
Telephone: (562) 256-1047
Facsimile: (562) 256-1006


SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Ste 203
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

2

*Avery v. Akima Support Operations, LLC, et al.*    Order Re Discovery of Putative Class Member Identities and Contact Information

Plaintiff Devier Avery has filed a class action lawsuit alleging various wage and hour violations by Defendant Akima Support Operations, LLC ("Defendant") as well as claims under California's Private Attorneys General Act on behalf of other allegedly aggrieved individuals. Following a good faith meet and confer process, the parties have agreed to engage in a Belaire-West notification process as to all current and former non-exempt employees who were employed by Defendant at the Tracy Defense Distribution Depot and supervised by Mike Frisby at any time between April 3, 2015 and the present (the "Notice Group"). Defendant is still evaluating its records but estimates that there are approximately 40 Notice Group members.

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED AS FOLLOWS:**

1. CPT Group ("the Administrator"), a third party administrator, shall mail the notice letter attached as Exhibit "A" to the Notice Group. Defendant will provide to the Administrator a list in *Microsoft Excel* or comparable format stating the names, last known addresses, e-mail addresses, and last known telephone numbers of the individuals in the Notice Group (to the extent available from Defendant's personnel records) within ten (10) calendar days of the Court's order on this stipulation.

2. If an individual in the Notice Group does not want his/her name, address, e-mail addresses, or telephone number to be provided to Plaintiff, he/she must sign and return a postcard substantially the same as that attached as Exhibit "B" to the Administrator within forty-five (45) calendar days after the mailing of Exhibit "A."

3. Sixty (60) days after mailing Exhibit "A," the Administrator shall provide both parties with a list in *Microsoft Excel* or comparable format stating the names, addresses, e-mail addresses, and telephone numbers of all individuals in the Notice Group who did not sign and return the postcard attached as Exhibit "B." The

3

*Avery v. Akima Support Operations, LLC, et al.*   Order Re Discovery of Putative Class Member Identities and Contact Information


SPIVAK LAW

Employee Rights Attorneys
16530 Ventura Blvd., Ste 203
Encino, CA 91436
(818) 582-3086Tel
(818) 582-2561 Fax
SpivakLaw.com

Administrator shall also provide Defendant with a list of the individuals in the Notice Group who signed and returned the postcard.

4. Plaintiff and Plaintiff's Counsel shall keep any information discovered by this process confidential, shall use such information only for purposes of this litigation, and shall return the information to Defendant or certify its destruction (including all copies) at the end of this litigation.

5. Plaintiff will bear the costs of the Administrator for the performance of its duties described above.

IT IS SO ORDERED.

DATED: October 25, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

4

*Avery v. Akima Support Operations, LLC, et al.*   Order Re Discovery of Putative Class Member Identities and Contact Information

# **EXHIBIT A**

5

*Avery v. Akima Support Operations, LLC, et al.*   Order Re Discovery of Putative Class Member Identities and Contact Information

# IMPORTANT NOTICE REGARDING
# YOUR PERSONAL CONTACT INFORMATION

To all current and former non-exempt employees of Akima Support Operations, LLC ("Defendant") who were supervised by Mike Frisby at the Tracy Defense Distribution Center in Tracy, California at any time between April 3, 2015 and the present:

You are receiving this letter because you have been identified as someone who might be part of a potential class action lawsuit currently pending in the United States District Court for the Eastern District of California. The Plaintiff in that lawsuit has sued Defendant for unpaid wages and various penalties. The Court has not determined whether this case should be maintained as a class action or whether Plaintiff's claims have merit.

Plaintiff's attorneys have requested the disclosure of your personal contact information, including your name, home address, telephone number, and personal e-mail address.

**IF YOU DO NOT WANT YOUR NAME, HOME ADDRESS, TELEPHONE NUMBER, *AND* PERSONAL E-MAIL ADDRESS TO BE PROVIDED TO PLAINTIFF'S ATTORNEYS, YOU MUST NOTIFY US NO LATER THAN NOVEMBER __, 2019 [45-days from mailing].**

**You can provide this notification by doing the following:**

- **By Mail: Please complete and return the enclosed postcard, postage prepaid.**

You have the right to not provide any information to or discuss this matter with any of the attorneys or parties to this action. By making this request, you are not opting out of this potential class action lawsuit. If you consent to having your information released, then no action is required of you at this time.



SPIVAK LAW

Employee Rights Attorneys
16530 Ventura Blvd., Ste 203
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

6

*Avery v. Akima Support Operations, LLC, et al.* Order Re Discovery of Putative Class Member Identities and Contact Information

**EXHIBIT B**

7

*Avery v. Akima Support Operations, LLC, et al.* Order Re Discovery of Putative Class Member Identities and Contact Information

*Avery, et al. v. Akima Support Operations, LLC, et al.*,
Case No. 2:19-cv-00924-KJM-AC

**I do NOT want my name, home address, phone number and personal e-mail address disclosed to Plaintiff's attorneys.**

NAME (print): _____

SIGNATURE: _____ DATE: _____

**Please complete this form if you do NOT want your contact information provided to the Plaintiff's attorneys. This form must be returned no later than November \_\_\_, 2019.**

RETURN THIS FORM TO:
AVERY, ET AL. V. AKIMA SUPPORT OPRATIONS, LLC, ET AL.
ADMINISTRATOR
c/o [Administrator Name]
[Mailing Address]

8

*Avery v. Akima Support Operations, LLC, et al.*   Order Re Discovery of Putative Class Member Identities and Contact Information

SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Ste 203
Encino, CA 91436
(818) 582-3086Tel
(818) 582-2561 Fax
SpivakLaw.com