DAVID G. SPIVAK (SBN 179684)
    david@spivaklaw.com
STEPHANIE GREENBERG (SBN 324335)
    stephanie@spivaklaw.com
THE SPIVAK LAW FIRM
16530 Ventura Blvd., Ste. 203
Encino, CA 91436
Telephone (818) 582-3086
Facsimile (818) 582-2561

Attorneys for Plaintiff,
DEVIER AVERY, and all others similarly situated

(Additional Counsel on Following Page)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| DEVIER AVERY, on behalf of himself, and all others similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>AKIMA, LLC, an Alaska limited liability company; AKIMA SUPPORT OPERATIONS, LLC, an Alaska limited liability corporation; and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.: 2:19-cv-00924-KJM-AC<br><br>**ORDER**<br><br>[San Joaquin County Superior Court Case No. STK-CV-UOE-2019-4271]<br><br>Complaint Filed: April 3, 2019<br>FAC Filed: July 29, 2019<br><br>Hon. Kimberly J. Mueller<br>U.S. District Court Judge<br>Courtroom 3 |





## ATTORNEY FOR DEFENDANTS

HEATHER D. HEARNE (SBN 254496)
hdh@kullmanlaw.com
THE KULLMAN FIRM
A Professional Law Corporation
4605 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809
Telephone:   (225) 906-4245
Facsimile:   (225) 906-4230

Attorney for Defendants
AKIMA SUPPORT OPERATIONS, LLC

## ADDITIONAL ATTORNEY FOR PLAINTIFF

WALTER HAINES (SBN 71075)
   walter@uelglaw.com
UNITED EMPLOYEES LAW GROUP
5500 Bolsa Ave., Suite 201
Huntington Beach, CA 92649
Telephone:  (562) 256-1047
Facsimile:   (562) 256-1006

Attorney for Plaintiff,
DEVIER AVERY, and all others similarly situated

# **ORDER**

Pursuant to the Stipulation of the Parties, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The Parties shall file a Joint Motion for Preliminary Approval of Class Action Settlement within 90 calendar days.

2. All pending deadlines and dates on calendar for this matter, including the March 5, 2020 deadline for Plaintiff to file his Motion for Class Certification are taken off calendar and stayed pending approval of the class action settlement.

**IT IS SO ORDERED.**

DATED: March 5, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE