UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Devier Avery, et al., | No. 2:19-cv-00924-KJM-AC |
| Plaintiffs, | ORDER |
| v. | |
| Akima Support Operations, | |
| Defendant. | |

On August 13, 2022, this court denied without prejudice the unopposed motion for preliminary approval of a proposed class action settlement in this action.  *See* Prev. Order, ECF No. 32.  At the time, counsel for the putative class had not proposed notice that met the standard of Rule 23.  *See id.* at 15–16.  The court permitted counsel to "supplement the record on the pending motion with a copy of the notice and up to five pages of briefing explaining why the notice satisfies the applicable law."  *Id.* at 16.  Counsel has now supplemented the record and renewed the motion for preliminary certification.  *See* Suppl. Br., ECF No. 33.

When, as in this case, a class is proposed under Rule 23(b)(3), "the court must direct to class members the best notice that is practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort."  Fed. R. Civ. P. 23(c)(2)(B).  The notice must "clearly and concisely state" several facts "in plain, easily understood language:"

1

    (i) the nature of the action;

    (ii) the definition of the class certified;

    (iii) the class claims, issues, or defenses;

    (iv) that a class member may enter an appearance through an attorney if the member so desires;

    (v) that the court will exclude from the class any member who requests exclusion;

    (vi) the time and manner for requesting exclusion; and

    (vii) the binding effect of a class judgment on members under Rule 23(c)(3).

*Id.*

  The court has reviewed the proposed notice. *See* Suppl. Br. Ex. A, ECF No. 33-1. It communicates the information required by Rule 23:

    (i) The nature of the action, *see id.* at 1;

    (ii) The definition of the proposed class, *see id.*;

    (iii) The relevant claims, issues, and defenses, *see id.* at 1–2;

    (iv) A class member may enter an appearance through an attorney, *see id.* at 5;

    (v) The court will exclude from the proposed class anyone who requests, *see id.*;

    (vi) When and how to request exclusion, *see id.*; and

    (vii) The binding effect of a class judgment, *see id.* at 3.

  Although the proposed notice could be clearer and more concise, and although it could have been written with more understandable language, it meets the requirements of Rule 23. The renewed motion for preliminary certification (ECF Nos. 30 and 33) is thus **granted**. A final fairness hearing is set for **September 9, 2022 at 10:00 a.m.** before the undersigned.

  IT IS SO ORDERED.

DATED: March 7, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE